**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1061

SEYED AKHAVI,

        Plaintiff - Appellant,

    v.

THOMAS NELSON COMMUNITY COLLEGE; VIRGINIA COMMUNITY
COLLEGE SYSTEM,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Newport News.  Rebecca Beach Smith, Senior District Judge.  (4:21-cv-00017-RBS-RJK)

Submitted:  October 13, 2022                          Decided:  October 17, 2022

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  Barbara Queen, LAWRENCEQUEEN, Richmond, Virginia, for Appellant.
Jason S. Miyares, Attorney General, Charles H. Slemp, III, Chief Deputy Attorney General,
Andrew N. Ferguson, Solicitor General, Erika L. Maley, Principal Deputy Solicitor
General, Kevin M. Gallagher, Deputy Solicitor General, M. Jordan Minot, Assistant
Solicitor General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Seyed Akhavi appeals the district court's order denying his motion for leave to file a second amended complaint and granting Defendants' motion to dismiss Akhavi's employment-related claims, including his discrimination, harassment, and retaliation claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Akhavi v. Thomas Nelson Cmty. Coll.*, No. 4:21-cv-00017-RBS-RJK (E.D. Va. Dec. 16, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*